**Demetrius TOLIVER, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Aug. 20, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 20th day of August, 2012, the Order of the Commonwealth Court is **AFFIRMED.**